# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, *individually and on behalf of all similarly situated employees*,<br><br>Plaintiffs,<br><br>v.<br><br>NOLAN TRASPORTATION GROUP, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-2812-AT |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING INDIVIDUAL ARBITRATION

This cause has come before the Court upon the Parties' Joint Motion To Stay Pending Individual Arbitration. It is now **ORDERED** that the Motion is **GRANTED** and the case is stayed pending the conclusion of individual arbitrations, with the Court retaining jurisdiction for the sole purpose of entering orders regarding enforcement of the arbitration awards and/or approving settlements between the Parties. All pending motions are denied as moot.

**DONE AND ORDERED**, in Chambers in Atlanta, Georgia, this ____ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record