IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRYSON MITCHELL, et al., | : | |
| Plaintiff, | : | |
| v. | : | |
| NOLAN TRANSPORTATION GROUP, LLC, | : | CIVIL ACTION NO. 1:19-cv-2812-AT |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Pending Individual Arbitration [Doc. 15]. The Motion is **GRANTED** and the case is **STAYED** pending the conclusion of the individual arbitrations. The Court shall retain jurisdiction for the purpose of entering orders regarding the enforcement of the arbitration awards and/or approving settlements between the Parties. The Clerk is **DIRECTED** to administratively close the case.

**IT IS SO ORDERED** this 2nd day of August, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**