IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, Individually and on Behalf of All Similarly Situated Employees,<br><br>Plaintiff,<br><br>v.<br><br>NOLAN TRANSPORTATION GROUP, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:19-CV-02812-AT |

**CERTIFICATE OF CONSENT
AND NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.1(E), Plaintiffs BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, Individually and on Behalf of All Similarly Situated Employees, hereby file this Certificate of Consent and Notice of Substitution of Counsel.

With this Certificate, Plaintiffs consent to the withdrawal of DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC as their counsel. Plaintiffs also hereby substitute as their counsel Alan E. Lubel of the Law Office of Alan E. Lubel, P.C.

By virtue of this filing, Plaintiffs' prior counsel are no longer counsel of record for Plaintiffs in this case.

The undersigned counsel and clients consent to the withdrawal and substitution set forth above.

Pleadings, notices and other correspondence in this matter should be addressed to Plaintiffs' counsel as follows:

Alan E. Lubel
Law Office of Alan E. Lubel, P.C.
3475 Piedmont Road, NE, Suite 1100
Atlanta, Georgia 30305
alubel@lubellaw.com
Telephone: 404-917-1080
Facsimile: 404-233-1943

Respectfully submitted this 5th day of March 2020.

BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, Individually and on Behalf of All Similarly Situated Employees

By: _____

**(ATTORNEYS' SIGNATURES CONTINUED ON NEXT PAGE)**

Case 1:19-cv-02812-AT   Document 17   Filed 03/05/20   Page 3 of 4
DocuSign Envelope ID: 689C8DA1-4E75-4F51-87DA-08DC234F0CC6

| Attorneys withdrawing on behalf of BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, Individually and on Behalf of All Similarly Situated Employees | Attorneys Substituting on behalf of BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, Individually and on Behalf of All Similarly Situated Employees |
|---|---|
| DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC | LAW OFFICE OF ALAN E. LUBEL, P.C. |
| /s/ Matthew Herrington<br>Matthew W. Herrington<br>Mitchell D. Benjamin<br>Ga. Bar No. 049888<br>Matthew W. Herrington<br>Ga. Bar No. 275411<br>3100 Centennial Tower 101 Marietta Street Atlanta, Georgia 30303 (404) 979-3150 (404) 979-3170 (f)<br>benjamin@dcbflegal.com<br>matthew.herrington@dcbflegal.com | /s/ *Alan E. Lubel*<br>Alan E. Lubel<br>Georgia Bar No. 460625<br>3475 Piedmont Road, NE<br>Suite 1100<br>Atlanta, Georgia 30305<br>Telephone: 404-917-1080<br>Facsimile: 404-233-1943<br>alubel@bfvlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **CERTIFICATE OF CONSENT AND NOTICE OF SUBSTITUTION OF COUNSEL** via electronic mail and with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This __5th__ day of March 2020.

                                        */s/ Alan E. Lubel*

                                        Alan E. Lubel
Georgia Bar No. 460625
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, NE
Suite 1100
Atlanta, Georgia 30305
Telephone: 404-917-1080
Facsimile: 404-233-1943
alubel@bfvlaw.com

**Counsel for Plaintiffs**