**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BRYSON MITCHELL, ROBERT RAGANS, TYLER WINTERS, and KIRK HEILMAN, Individually and on Behalf of All Similarly Situated Employees<br><br>Plaintiff,<br><br>v.<br>NOLAN TRANSPORTATION GROUP, LLC,<br><br>Defendants. | ) | CIVIL ACTION FILE NO.: 1:19-CV-02812-AT |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Bryson Mitchell, Robert Ragans, Tyler Winters, Kirk Heilman and Lawrence Thompson and Nolan Transportation Group, LLC (collectively, the "Parties") respectfully request that this Honorable Court approve a settlement agreement that they have reached concerning Plaintiffs' lawsuit under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201. The Parties seek this Court's approval of the agreement because claims under the FLSA, like those released by Plaintiffs in the Settlement Agreement and General Release ("Agreement"), may not be waived or released without U.S. Department of Labor or Court approval. *See* 29 U.S.C. § 216 (c). The Parties' proposed memorandum is attached.

Respectfully Submitted,

/s/ *Alan E. Lubel*
Alan E. Lubel
BERMAN FINK VAN HORN P.C.
Georgia Bar No. 460625
3475 Piedmont Road, NE
Suite 1100
Atlanta, GA 30305
(404) 917-1080 – Office
(404) 233-1943 – Facsimile
Alubel@bfvlaw.com

*/s/ Benjamin L. Davis, III*
Benjamin L. Davis, III (29774)
*(admitted pro hac vice)*
Michael A. Brown (28014)
*(admitted pro hac vice)*
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201
Phone No.: (410) 244-7005
Fax No.: (410) 244-8454
bdavis@nicholllaw.com

*Attorney for Plaintiffs*

*/s/ Joel Griswold*
Joel Griswold
Georgia Bar No. 1008827
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801
(407) 649-4000 - Office
(407) 841-0168 – Facsimile
jcgriswold@bakerlaw.com

Brian M. Harris (331579)
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Phone No.: (404) 459-0050
Fax No.: (404) 459-5734
bharris@bakerlaw.com

*Attorneys for Defendant*

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1D AND 5.1B**

Pursuant to Local Rule 7.1D and 5.1B, the undersigned counsel hereby certifies that the foregoing document complies with the Local Rule's requirements as to font in that it has been prepared in Times New Roman, 14 point.

This 5th day of March 2020.

*/s/ Alan E. Lubel*
Alan E. Lubel
Georgia Bar No. 460625
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, NE
Suite 1100
Atlanta, Georgia 30305
Telephone: 404-917-1080
Facsimile: 404-233-1943
alubel@bfvlaw.com

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the Counsel of record in this matter who are registered on CM/ECF, which includes

Joel Griswold (1008827)
jcgriswold@bakerlaw.com
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801

Brian M. Harris (331579)
bharris@bakerlaw.com
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309

*Attorneys for Defendant*

/s/ Alan E. Lubel
Alan E. Lubel
Georgia Bar No. 460625
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, NE
Suite 1100
Atlanta, Georgia 30305
Telephone: 404-917-1080
Facsimile: 404-233-1943
alubel@bfvlaw.com

**Counsel for Plaintiffs**