# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02812-AT
## Mitchell et al v. Nolan Transportation Group, LLC
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 03/10/2020.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 10:45 A.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 00:10                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Benjamin Davis representing Bryson Mitchell |
| | Benjamin Davis representing Robert Ragans |
| | Benjamin Davis representing Tyler Winters |
| | Joel Griswold representing Nolan Transportation Group, LLC |
| | Brian Harris representing Nolan Transportation Group, LLC |
| | Alan Lubel representing Bryson Mitchell |
| | Alan Lubel representing Kirk Heilman |
| | Alan Lubel representing Robert Ragans |
| | Alan Lubel representing Tyler Winters |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Written Order to follow. |
| HEARING STATUS: | Hearing Concluded |